AO 91 (Rev. 8/01) Criminal Complaint

# UNITED STATES DISTRICT COURT

Western **DISTRICT OF** Texas

FILED
JAN 2 2 2007
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

UNITED STATES OF AMERICA

John Anthony RAZO

**CRIMINAL COMPLAINT**

Case Number: 07-M-740

(Name and Address of Defendant)

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief On or about January 21, 2007 in Presidio County, in the Western District of Texas defendant(s) did,

*(Track Statutory Language of Offense)*
knowingly possessed or caused to be present a firearm, to wit a Llama Maxima .45 caliber pistol with one round of ammunition in the chamber, or other dangerous weapon in a Federal facility.

in violation of Title 18 United States Code, Section(s) 930 (a)

I further state that I am a(n) U.S. ICE Special Agent and that this complaint is based on the following facts:
Official Title

See Attachment

Continued on the attached sheet and made a part of this complaint: Yes ☒  No ☐

_____
Signature of Complainant

George Dreyer
Printed Name of Complainant

Sworn to before me and signed in my presence,

January 22, 2007                               at    Alpine, Texas
Date                                                  City and State

Durwood Edwards, U.S. Magistrate              _____
Name and Title of Judicial Officer             Signature of Judicial Officer

ATTACHMENT

On January 21, 2007 at approximately 0400 hours, a Silver Chevrolet Impala with Texas plates 304KJS attempted to enter the United States through the Presidio, Texas Port of Entry. At the U.S. Customs and Border Protection Primary booth, John RAZO was identified as driver and sole occupant of the vehicle. Customs and Border Protection Officers (CBPO) took a negative declaration from RAZO and RAZO was sent to secondary for a closer inspection of the vehicle.

At secondary, CBP Officers took another negative declaration from RAZO. CBP Officers escorted RAZO into the Customs lobby where a CBP Officer noticed RAZO had a knife clipped to his pants pocket. The CBP Officer took custody of the knife and asked RAZO if he had any other weapons on his person and RAZO stated no.

CBP Officers escorted RAZO into the holding cell and explained to him that he was going to be patted down for weapons. RAZO then stated he had a pistol on his back. CBP Officers removed a LLAMA MINIMA semiautomatic .45 caliber pistol from the back of RAZO's pants. The pistol was found to have one round of .45 caliber ammunition in the chamber but did not have the magazine.

RAZO informed CBP Officers that the magazine was in the center console of the vehicle and it contained several rounds of ammunition. CBP Officers located the magazine which was found to contain 5 additional rounds and one loose round of .45 caliber ammunition.

ICE Agents were contacted and responded.

ICE Agents advised RAZO of his rights and asked him if he would like to make a statement without the presence of an attorney. RAZO agreed to speak with Agents.

During the course of the interview, RAZO stated he had traveled to Ojinaga, Mexico to visit a female friend and while he was crossing the bridge into Mexico, he realized he had his pistol with him. RAZO claimed he placed the gun in his pants in the small of his back. RAZO then continued his trip into Mexico and returned approximately one hour later. As RAZO approached the Presidio, Texas Port of Entry, RAZO again had the pistol in the small of his back. RAZO gave CBP Officers several negative declarations before being escorted into the Customs building. RAZO stated he did not inform Officers of the pistol until he was escorted into the cell and told he was going to be patted down. RAZO stated he knew it was illegal to have the weapon and he didn't want to get caught with it.

AUSA Dwight Goains was advised of the above facts and authorized prosecution of RAZO.