# UNITED STATES DISTRICT COURT
## Western District of Texas
### PECOS DIVISION

FILED
MAR 2 8 2007
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

UNITED STATES OF AMERICA

v.

Case Number: P-07-M-740

JOHN ANTHONY RAZO

## JUDGMENT IN A CRIMINAL CASE
(For Offenses Committed On or After November 1, 1987)

The defendant, JOHN ANTHONY RAZO, appeared with his attorney, Dick DeGuerin.

The defendant pled guilty to Count(s) 1 of the Complaint on March 28, 2007. Accordingly, the defendant is adjudged guilty of such Count(s), involving the following offense(s):

| Title & Section | Nature of Offense | Date of Offense | Count Number(s) |
| --- | --- | --- | --- |
| 18 USC 930 (a) | Possession of a Weapon in a Federal Facility | January 21, 2007 | 1 |

As pronounced on March 28, 2007, the defendant is sentenced as provided in pages 2 through 3 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant shall pay to the United States a special assessment of $25.00, which shall be due immediately. Said special assessment shall be made to the Clerk, U.S. District Court.

It is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid.

Signed this 28th day of March, 2007

DURWOOD EDWARDS
United States Magistrate Judge

Defendant: John Anthony Razo
Case Number: P-07-M-740

## PROBATION

The defendant is hereby placed on SUPERVISED probation for a term of two (2) years.

## FINE

A fine in the amount of $250.00 (Two Hundred Fifty dollars) is assessed and due within six (6) months from today, to wit: on or before September 28, 2007.

## FORFEITURE

The defendant is ordered to forfeit the following property to the United States, to wit: a Llama Maxima .45 caliber pistol.

It is **ORDERED** that the Conditions of Probation and Supervised Release as contained in Probation Form 7A, applicable to each defendant committed to probation and/or supervised release in any division of the Western District of Texas , are adopted as follows:

## MANDATORY CONDITIONS

1) The defendant shall not commit another federal, state, or local crime during the term of probation.

2) The defendant shall not illegally possess a controlled substance.

3) If the judgement imposed a fine or restitution obligation, it shall be a condition of supervision that the defendant pay any such fine of restitution that remains unpaid at the commencement of the term of supervision in accordance with any schedule of payments set forth in the Criminal Monetary Penalties sheet of this judgement. In any case, the defendant shall cooperate with the probation officer in meeting any financial obligations

4) In supervised release cases only, the defendant shall report in person to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

5) If convicted of a felony offense, the defendant shall not possess a firearm or destructive device. Probation must be revoked for possession of a firearm.